UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.   **CASE NUMBER: 8:98-cr-380-T-26EAJ**

**KENNETH WAYNE LINDSAY**

_____/

### ORDER REVOKING SUPERVISED RELEASE
### AND
### JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on October 20, 2006. The defendant appeared with counsel, Walter Ruiz. Also, present was the Probation Officer and Assistant United States Attorney James Muench.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his supervised release and that there is just cause for revocation of the defendant's supervised release. It is, therefore,

**ORDERED AND ADJUDGED:**

1. The Judgment of Supervised Release entered herein on April 5, 1999, in the United States District Court, Middle District of Florida, as to the above-named defendant is hereby **REVOKED.**

2. The defendant, KENNETH WAYNE LINDSAY, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **EIGHT (8) MONTHS.**

Page Two

3.  The Court recommends the defendant be placed in the Jessup, Georgia facility and that he receive drug treatment while incarcerated.

**DONE AND ORDERED.** At Tampa, Florida, this <u>20th</u> day of October 2006.

RICHARD A. LAZZARA
United States District Judge

cc:  U.S. Attorney - James Muench
     Defense Counsel - Walter Ruiz
     Defendant - c/o Counsel
     U.S. Marshal
     U.S. Bureau of Prisons
     U.S. Probation